## 55845. CITY OF LaGRANGE v. WHATLEY.

SMITH, Judge.
Appellant comes to this court by way of interlocutory appeal from the denial of its motion for a summary judgment. We reverse.

Appellee filed his complaint against appellant, alleging damages by virtue of a nuisance created and maintained by appellant. The alleged nuisance was a city sewer line that backed sewage up into appellee's home *one* time. Appellee testified that the *one* and *only* time sewage backed up into his home was February 7, 1977. There being no evidence here to establish that the City of LaGrange had created or was maintaining a nuisance, the trial court erred in denying appellant's motion for summary judgment. The case of *City of East Point v. Terhune,* 144 Ga. App. 865 (242 SE2d 728) (1978) controls the case at bar.

*Judgment reversed. Deen, P. J., and Banke, J., concur.*

SUBMITTED MAY 2, 1978 — DECIDED MAY 17, 1978—
REHEARING DENIED JUNE 9, 1978 —

*Lewis, Hunnicutt, Taylor & Daniel, James R. Lewis, J. Wayne Hadden,* for appellant.
*H. J. Thomas, Jr., James E. Weldon,* for appellee.